UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHANBIN LIN,                                        *
                                                    *
        Petitioner,                                 *
                                                    *
        v.                                          *
                                                    *      Civil Action No. 1:26-cv-10830-IT
KRISTI L. NOEM, Secretary, U.S.                     *
Department of Homeland Security, et al.,            *
                                                    *
        Defendants.                                 *
                                                    *

ORDER OF DISMISSAL

July 9, 2026

TALWANI, D.J.

On February 23, 2026, the court granted Petitioner Shanbin Lin's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordered the government to "provide[] a bond hearing [to Petitioner] pursuant to 8 U.S.C. § 1226(a)" no later than February 27, 2026, or "if the immigration judge again declines to conduct a bond hearing based on Matter of Yajure Hurtado, 29 I&N Dec. 216 (B.I.A. 2025), [to] so advise the court by that date so that this court may conduct the bond hearing." Mem. & Order 2 [Doc. No. 8]. On March 2, 2026, the government advised the court that Petitioner received a bond hearing on February 26, 2026, but was denied bond "on the ground that Petitioner . . . is a danger to the community by clear and convincing evidence." Status Rep. 1 [Doc. No. 9] (quotation omitted).

In light of this information, the court ordered Petitioner to show cause by no later than March 11, 2026, why the court should not close the case. Elec. Order [Doc. No. 12]. Petitioner did not file a response to this order.

Petitioner subsequently filed a second habeas petition in May 2026 but voluntarily dismissed that petition on June 18, 2026. See Order of Dismissal, Lin v. Moniz, No. 26-cv-12333-IT (D. Mass. June 22, 2026), Dkt. No. 13; Assented Mot. for Voluntary Dismissal, Lin v. Moniz, No. 26-cv-12333-IT (D. Mass. June 18, 2026), Dkt. No. 12.

Accordingly, Petitioner's first-filed Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b). The court's Order Concerning Service of Petition and Stay of Transfer or Removal [Doc. No. 4] is VACATED. This case is CLOSED.

IT IS SO ORDERED.

July 9, 2026

/s/ Indira Talwani
United States District Judge